*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015                518729
_____

In the Matter of the Claim of
    JOY SPINELLI,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   December 2, 2014

Before:   Lahtinen, J.P., Rose, Lynch and Clark, JJ.

                    _____

        Joy Spinelli, East Meadow, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Dawn
A. Foshee of counsel), for respondent.

                    _____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed October 18, 2013, which, among other things, charged
claimant with recoverable overpayments of unemployment insurance
benefits upon finding that she made a willful misrepresentation
to obtain benefits.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court